IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
FILE NO. 4:07-61-D

| | |
|---|---|
| BARBARA GARDNER, ) | |
| SS# xxx-xx-7231 ) | ORDER OF DISMISSAL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| Defendant ) | |

Plaintiff's request for a Dismissal in the above-entitled action is hereby GRANTED.

Dated this the **29** day of **October**, 2007.

_____
United States District Court Judge